DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEAN ROBERT MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:10-mj-218 EFB |
| Plaintiff, ) | |
| ) | **WAIVER OF APPEARANCE** |
| v. ) | **FOR DEAN ROBERT MOSTAD** |
| DEAN ROBERT MOSTAD, ) | |
| Defendant. ) | |

I, DEAN ROBERT MOSTAD, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury, trial, and imposition of sentence. I request that the court proceed during every absence the court may permit pursuant to this waiver. I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

1    I have been informed of my rights under the Speedy Trial Act, 18
2  U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays
3  under the Act without me being present.

4
                                         /s/ *Dean Robert Mostad*
5  Dated:   August 24, 2010              ───────────────────────────
                                         DEAN ROBERT MOSTAD
6                                        Defendant

7

8     I concur in Mr. Mostad's decision to waive his appearance at future
9  preliminary proceedings.

10                                       Respectfully submitted,

11                                       DANIEL J. BRODERICK
                                         Federal Defender
12

13 Dated:   August 24, 2010              /s/ T. Zindel
                                         TIMOTHY ZINDEL
14                                       Assistant Federal Defender
                                         Attorney for DEAN ROBERT MOSTAD
15

16

17

18 IT IS SO ORDERED.

19 Dated:   August 25, 2010.             ───────────────────────────
                                         EDMUND F. BRENNAN
20                                       UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

Appearance Waiver, Frisbey              2