1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  Dean Mostad

9

10
                   IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        )  MJ No. 10-218 EFB
15                                  )
                 Plaintiff,         )  STIPULATION AND ORDER TO SET A
16                                  )  STATUS HEARING
        v.                          )
17                                  )
   DEAN MOSTAD,                     )
18                                  )  Date: October 12, 2010
                 Defendant.         )  Time: 10:00 a.m.
19                                  )  Judge: Hon. Edmund F. Brennan
   _____  )
20

21      It is hereby stipulated and agreed to between the United States of

22 America through Matthew C. Stegman, Assistant U.S. Attorney, and

23 defendant, Dean Mostad, by and through his counsel, Linda C. Harter,

24 Chief Assistant Federal Defender, that the court trial set for October

25 12, 2010, be vacated and set for a status hearing on Monday, December

26 13, 2010.

27 ///

28 ///

1  The parties are requesting more time due to the volume of discovery
2 and the large amount of investigation that is needed.

3

4 DATED: September 27, 2010                    Respectfully submitted,
                                               DANIEL J. BRODERICK
                                               Federal Defender
5

6                                              /s/ Linda C. Harter
                                               LINDA C. HARTER
7                                              Assistant Federal Defender
                                               Attorney for Defendant
8                                              DEAN MOSTAD

9

10 DATED: September 27, 2010                   BENJAMIN B. WAGNER
                                               United States Attorney
11

12                                             /s/ Matthew C. Stegman
                                               MATTHEW C. STEGMAN
13                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
14

15                                **O R D E R**

16     **IT IS SO ORDERED.**

17 DATED:   September 27, 2010.

18                                             EDMUND F. BRENNAN
                                               UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Order
                                     -2-