1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   DEAN MOSTAD

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-MJ-0218 EFB |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) MOTION HEARING, TOGETHER WITH |
| v. | ) AMENDING BRIEFING SCHEDULE |
| DEAN MOSTAD, | ) Date: October 3, 2011 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Edmund F. Brennan |

THE PARTIES STIPULATE, through counsel, David Stevens, Assistant United States Attorney, and Tim Zindel, attorney for Dean Mostad, that the Court should vacate the hearing on motion to dismiss scheduled for October 3, 2011, at 10:00 a.m., and reset the hearing on defendant's motion to January 9, 2012, at 2:00 p.m.

Counsel agree that: the defendant will file motions on or before November 28, 2011; the government will respond on or before December 19, 2011; and the defendant may reply on or before January 2, 2012.

The reason for this continuance is that counsel for Mr. Mostad is currently on family medical leave for five weeks, returning October 17,

STIPULATION AND ORDER                   1                   10-mj-0218 EFB

2011. The parties also stipulate that the Court should exclude the period from the date of this order through January 9, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Mostad's request for time to file motions outweighs the best interest of the public and Mr. Mostad in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4), and § 3161(h)(1)(D) (Local Code E).

Dated: September 26, 2011         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ Tim Zindel
                                  _____
                                  TIM ZINDEL
                                  Assistant Federal Defender

Dated: September 26, 2011         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Tim Zindel for
                                  _____
                                  DAVID STEVENS
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The hearing on motion to dismiss is reset for January 9, 2012, at 2:00 p.m. The Court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting defendant time to file motions outweighs the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through January 9, 2012, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and 3161(h)(1)(D).

DATED: September 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE