DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEAN MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>DEAN MOSTAD,<br><br>               Defendant. | No. 2:10-MJ-0218 EFB<br><br>**STIPULATION AND ORDER AMENDING BRIEFING AND HEARING SCHEDULE**<br><br>Date:   January 9, 2012<br>Time:   10:00 a.m.<br>Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties, through their respective attorneys, that the schedule for briefing and hearing on pretrial motions may be amended as follows:

Defendant shall file all Rule 12 motions on or before February 3, 2012; the government shall respond on or before March 2, 2012; an optional reply brief may be filed on or before March 14, 2012; and hearing on the motion shall be held on Wednesday, March 21, at 2:00 p.m.

Although Mr. Mostad is charged with petty-offense violations of Forest Service regulations, the legal issues in his case are unusually

1  complex.  Defense counsel is consulting with experts in U.S. mining law
2  and continues to research the legal issues he is likely to cover in
3  pretrial motions.  However, the parties anticipate that research will be
4  concluded this month so that the motions may be filed on February 3, as
5  set forth above.

6                                                Respectfully submitted,

7                                                DANIEL BRODERICK
8                                                Federal Defender

9  Dated: January 6, 2012                /s/ T. Zindel
                                         TIMOTHY ZINDEL
10                                       Assistant Federal Defender

11                                       BENJAMIN B. WAGNER
                                         United States Attorney
12

13 Dated: January 6, 2012                /s/ T. Zindel for J. Lee
                                         JUSTIN LEE
14                                       Special Assistant U.S. Attorney

15

16                                           **ORDER**

17     The above schedule is adopted.  Hearing on defendant's motions shall
18  be held on March 21, 2012, at 2:00 p.m.

19     IT IS SO ORDERED.

20  DATED: January 6, 2012

21                                              EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Stip. & Order                    -2-