```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ALEX LOZADA
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  (916) 554-2806
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-MJ-0218-EFB |
|---|---|
| Plaintiff, | ) Stipulation to Continue Briefing |
|  | ) Schedule and Hearing |
| v. | ) and Order |
| DEAN ROBERT MOSTAD, | ) |
| Defendant. | ) Date: April 23, 2012 |
|  | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed to between the United States through Alex Lozada, Special Assistant U.S. Attorney, and the defendant, Dean Robert Mostad, by and through his undersigned counsel, Timothy Zindel, to continue the briefing schedule and motion hearing as follows:

///
///
///
///
///
///
///

1

1 | Government's Opposition to Motion to Dismiss due.... March 9, 2012
2 | Defendant's Reply due............................. March 28, 2012
3 | Hearing...........................................April 23, 2012
4
5
6 | DATED:    March 2, 2012
7 |                                    BENJAMIN B. WAGNER
                                       United States Attorney
8
9 |                              By:  /s/ Alex Lozada           :
                                     ALEX LOZADA
10|                                   Special Assistant U.S. Attorney
11
                                 By:  /s/ Alex Lozada for      :
12|                                   TIMOTHY ZINDEL
                                      Attorney for Defendant
13
14
                                     ORDER
15
   IT IS SO ORDERED:
16
   DATED:    March 20, 2012
17
                                     /s/ Edmund F. Brennan
18                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26
27
28