HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DEAN MOSTAD


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-MJ-0218 EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER AMENDING** |
| v. | ) | **BRIEFING AND HEARING SCHEDULE** |
| | ) | |
| DEAN MOSTAD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, through their respective attorneys, that the schedule for briefing and hearing on pretrial motions may be amended as follows:

/////

/////

/////

/////

/////

/////

1    Defendant shall file Rule 12 motions on or before May 20, 2013; the
2 government shall respond on or before June 24, 2013; an optional reply
3 brief may be filed on or before July 8, 2013; and hearing on the motion
4 shall be held on July 22, 2013, at 10:00 a.m.

6                                            Respectfully submitted,

7                                            HEATHER E. WILLIAMS
                                             Federal Defender

9 Dated:  May 13, 2013                       /s/ T. Zindel
                                             TIMOTHY ZINDEL
10                                           Assistant Federal Defender

11                                           BENJAMIN B. WAGNER
                                             United States Attorney

13 Dated:  May 13, 2013                      /s/ T. Zindel for A. Janakiram
                                             ASHWIN JANAKIRAM
14                                           Special Assistant U.S. Attorney

16                                   **ORDER**

17    As amended below, the above schedule is adopted.  Hearing on
18 defendant's motions shall be held on July **15**, 2013, at 10:00 a.m.
19    IT IS SO ORDERED.
20 DATED:  May 14, 2013

                                             _____
21                                           EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE

Stip. & Order                        -2-