```
FILED
August 6, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:10-MJ-00218-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DEAN ROBERT MOSTAD, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DEAN ROBERT MOSTAD</u>, Case No. <u>2:10-MJ-00218-EFB</u>, Charge <u>Title 18 USC §§ 3146</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 ✔   Bail Posted in the Sum of $ <u>20,000 (co-signed)</u>

     ✔   Unsecured Appearance Bond

     ___   Appearance Bond with 10% Deposit

     ___   Appearance Bond with Surety

     ___   Corporate Surety Bail Bond

 ✔   (Other)   <u>3rd party custody agreement.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 6, 2015</u> at <u>2:50</u> <u>pm</u>.

By   *Dale A. Drozd*
      Dale A. Drozd
      United States Magistrate Judge