```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA   95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DEAN MOSTAD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-MJ-0218 EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RECHEDULING HEARING ON JUDGMENT AND SENTENCE** |
| DEAN MOSTAD, | |
| Defendant. | Date:  November 2, 2015<br>Time:  9:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

It is hereby stipulated and agreed between defendant, Dean Mostad, and plaintiff, United States of America, that the hearing on Judgment and Sentence scheduled for November 2, 2015, may be continued to December 28, 2015, at 10:00 a.m.

The extra time is needed to complete the presentence report and to afford defense counsel time to research and (if appropriate) file a motion for a new trial.  The defense has asked an expert to review records and to meet with Mr. Mostad to determine whether Mr. Mostad, who was later committed to a state

-1-

hospital for treatment, was incompetent at the time trial was held in this Court. The parties have submitted their informal objections to the draft presentence report and agree to file any formal objections two weeks prior to sentencing.

```
                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated:   October 29, 2015           /s/ T. Zindel_____   ___
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for DEAN MOSTAD


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated:   October 29, 2015           /s/ T. Zindel for E. Wong
                                    ELLIOT WONG
                                    Special Assistant U.S. Attorney
```

**O R D E R**

Hearing on Judgment and Sentence is hereby continued to December 28, 2015. The parties shall file any objections to the final presentence report by December 14, 2015.

IT IS SO ORDERED.

Dated:   November 2, 2015          _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE