FILED
June 8, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DEAN ROBERT MOSTAD, ) <br> ) <br> Defendant. ) | Case No. 2:10-mj-00218-EFB <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DEAN ROBERT MOSTAD, Case No. 2:10-mj-00218-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__   Release on Personal Recognizance

____   Bail Posted in the Sum of: $

    ____   Co-Signed Unsecured Appearance Bond

    ____   Secured Appearance Bond

    ____   (Other) <u>Conditions as stated on the record.</u>

    ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/8/2016  at  2:07 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge