HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DEAN MOSTAD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:10-MJ-0218 EFB |
| Plaintiff, | ) |
| vs. | ) **ORDER (~~PROPOSED~~) TERMINATING PROBATION** |
| DEAN MOSTAD, | ) |
| Defendant. | ) Judge:  Hon. Edmund F. Brennan |

On June 8, 2016, Mr. Mostad was before the Court for further hearing on a probation violation petition.  alleged violations of probation.  At that hearing, the government moved to withdraw the violation petition.  That motion was granted.  Pursuant to 18 U.S.C. § 3564(c), the Court terminated probation in the interests of justice, for reasons stated on the record.

IT IS SO ORDERED.

Dated:  June 20, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge